IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MACK DAVID WOODYARD,  :

    Petitioner, :

                            CIVIL ACTION 11-0035-WS-M

v. :

                            CRIMINAL ACTION 05-00206-WS-M

UNITED STATES OF AMERICA, :

    Respondent. :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be denied. It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis.*

DONE this 19th day of August, 2011.

                                                s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE